UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20363-RAR

UNITED STATES OF AMERICA

vs.

ISSA ASAD
and
Q LINK WIRELESS LLC,

       **Defendants.**
_____/

## NOTICE TO STRIKE DOCKET ENTRY 71

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice to Strike Docket Entry 71.

Respectfully submitted,

HAYDEN O'BYRNE
UNITED STATES ATTORNEY

By:   /s/ Elizabeth Young
      ELIZABETH YOUNG
      JOHN C. SHIPLEY
      Assistant United States Attorneys
      Court ID No. A5501858
      Elizabeth.Young@usdoj.gov
      United States Attorney's Office
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (786) 761-3153