# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| UNITED STATES OF AMERICA | § | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
|  | § | (For Organizational Defendants) |
| v. | § |  |
|  | § | Case Number: **1:24-CR-20363-RAR(2)** |
| **Q LINK WIRELESS, LLC** | § |  |
|  | § |  |
|  | § | Counsel for Defendant: **William L. Drake, Paul Dewey Turner, Oliver Birman** |
|  | § |  |
|  | § | Counsel for United States: **Elizabeth Young, John Charlton Shipley, Mitchell Evan Hyman** |

**THE DEFENDANT ORGANIZATION:**

| ☒ | pleaded guilty to count(s) | 1 of the Information |
|---|---|---|

The Defendant organization is adjudicated guilty of this offense:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18 U.S.C. § 371 / Conspiracy to commit offenses against the United States, that is, theft of government funds and wire fraud | 05/14/2020 | 1 |

The Defendant organization is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the Defendant organization must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the Defendant must notify the court and United States Attorney of material changes in economic circumstances.

Defendant Organization's Federal Employer I.D. No.: 45-3131161

Defendant Organization's Principal Business Address:

499 East Sheridan Street
Dania Beach, Florida 33004

Defendant Organization's Mailing Address:

n/a

**July 24, 2025**
Date of Imposition of Judgment

Signature of Judge

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**July 24, 2025**
Date

DEFENDANT ORGANIZATION: Q LINK WIRELESS, LLC
CASE NUMBER: 1:24-CR-20363-RAR(2)

## PROBATION

The Defendant organization is hereby sentenced to probation for a term of **five (5) years.** This term consists of five (5) years as to Count of 1 of the Information.

The Defendant organization shall not commit another federal, state, or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the Defendant organization shall pay in accordance with the Schedule of Payments sheet of this judgment.

The Defendant organization must comply with the standard conditions that have been adopted by this Court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1. Within 30 days from the date of this judgment, the Defendant organization shall designate an official for the organization to act as the organization's representative and to be the primary contact with the probation officer;
2. The Defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3. The Defendant organization shall notify the probation officer ten (30) days prior to any change in principal business or mailing address;
4. The Defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5. The Defendant organization shall notify the probation officer within seventy-two (72) hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6. The Defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the Defendant's successors or assignees; and
7. The Defendant organization shall not waste, nor without permission of the probation officer, sell, assign or transfer its assets.

AO 245E (Rev. FLSD 4/25) Judgment in a Criminal Case for Organizational Defendants                                      Judgment -- Page 3 of 5

DEFENDANT ORGANIZATION: Q LINK WIRELESS, LLC
CASE NUMBER: 1:24-CR-20363-RAR(2)

## ADDITIONAL STANDARD CONDITIONS OF PROBATION/SUPERVISION

**Financial Disclosure/Audit Requirement:** The defendant shall make full and complete disclosure of its business finances/financial records, as required by the U.S. Probation Officer. The defendant shall submit to an audit of its business financial records as requested by the U.S. Probation Officer.

**Non-Reporting Supervision:** If the defendant becomes and remains an inactive entity, the term of probation in this case shall be non-reporting. If the defendant is reinstated and becomes an active entity engaging in business in the United States, a representative for the company shall report to the nearest U.S. Probation Office within 72 hours of reinstatement.

**Prohibition of Business Reorganization to Avoid Conditions of Probation:** The defendant shall not, through a change of name, business reorganization, sale or purchase of assets, lease or transfer of assets, divestiture of assets, creation of any commercial entity, or any similar or equivalent action, including but not limited to seeking protection in bankruptcy, seek to avoid the conditions of probation, including but not limited to the compliance program.

**Unpaid Restitution, Fines, or Special Assessments:** If the defendant has any unpaid amount of restitution, fines, or special assessments, the representative for the defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay.

AO 245E (Rev. FLSD 4/25) Judgment in a Criminal Case for Organizational Defendants                                    Judgment -- Page 4 of 5

DEFENDANT ORGANIZATION: Q LINK WIRELESS, LLC
CASE NUMBER: 1:24-CR-20363-RAR(2)

## CRIMINAL MONETARY PENALTIES

The Defendant organization must pay the total criminal monetary penalties under the schedule of payments page.

|        | Assessment | Restitution     | Fine   |
|--------|------------|-----------------|--------|
| TOTALS | $400.00    | $109,637,057.00 | $.00   |

☒  The Defendant organization must make restitution (including community restitution) to the following payees in the amount listed below.

| NAME OF PAYEE              | TOTAL LOSS***   | RESTITUTION ORDERED |
|----------------------------|-----------------|---------------------|
| Clerk, U.S. District Court | $109,637,057.00 | $109,637,057.00     |

If the Defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☒  Restitution amount ordered pursuant to plea agreement

Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT ORGANIZATION: Q LINK WIRELESS, LLC
CASE NUMBER: 1:24-CR-20363-RAR(2)

## SCHEDULE OF PAYMENTS

Having assessed the Defendant organization's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $400.00 due immediately.

It is ordered that the Defendant organization shall pay to the United States a special assessment of **$400.00**, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court. Payment is to be addressed to:

> **U.S. CLERK'S OFFICE**
> **ATTN: FINANCIAL SECTION**
> **400 NORTH MIAMI AVENUE, ROOM 8N09**
> **MIAMI, FLORIDA 33128-7716**

The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The Defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

| CASE NUMBER DEFENDANT AND CO-DEFENDANT NAMES (INCLUDING DEFENDANT NUMBER) | TOTAL AMOUNT | JOINT AND SEVERAL AMOUNT |
|---|---|---|
| 1:24-CR-20363-RAR(1), Issa Asad | $109,637,057.00 | $109,637,057.00 |

☒ Joint and Several
See above for Defendant and Co-Defendant Names and Case Numbers *(including Defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☒ The Defendant organization shall forfeit the Defendant's interest in the following property to the United States:
**The Defendant's right, title and interest to the property identified in the preliminary order of forfeiture dated July 23, 2025 [ECF No. 92], which has been entered by the Court and is incorporated by reference herein, is hereby forfeited.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.